UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELISSA RICHARDSON,                      Case No. 6:13-cv-2271-TC

       Plaintiff,                                ORDER

  v.

VALLEY CREDIT SERVICE INC. (an
active Oregon corporation);
GREGORY HAMMACK; BETTYE HAMMACK;
RYAN E. GIBB; GARMIN, USA, INC.
(an active Kansas corporation);
and JOHN DOEs 1 through 10;

       Defendants.

Aiken, Chief Judge:

    On June 26, 2014, Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action and recommended that defendants' motions for summary judgment be granted and plaintiff's Complaint be dismissed. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make

1   - ORDER

a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff filed timely objections; I have, therefore, given <u>de novo</u> review of Judge Coffin's opinion. I find no error.

Aside from the other reasons explained in Judge Coffin's sound decision, plaintiff fails to provide authority to allow this <u>federal</u> court to set aside or overrule a state or municipal court judgment, particularly when she failed to challenge those judgments or the writs of garnishment in those courts. Moreover, plaintiff fails to present any evidence to support her allegation that the underlying judgment was not entered against her; instead, plaintiff provides only conclusory statements unsupported by documents or sworn testimony. Therefore, the <u>Rooker-Feldman</u> doctrine mandates dismissal of plaintiff's federal claims, and I decline to exercise jurisdiction over plaintiff's state law claims.

IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 26) filed June 26, 2014 is ADOPTED in its entirety. Defendants' Motions for Summary Judgment (docs. 17, 21) are GRANTED and this case is DISMISSED. IT IS SO ORDERED.

Dated this 6th day of August, 2014.

Ann Aiken
United States District Judge

2     - ORDER